UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ERWIN BARILLAS,** | ) |
| Petitioner, | ) No.  CV 09-9221-DOC(RCF) |
| v. | ) JUDGMENT |
| **KEN CLARK, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: March 6, 2012

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE